IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **IDERIA WAYNE SMITH, 00607161,**<br>            Petitioner, | )<br>)<br>) |
| v. | )    No. 3:06-CV-0288-H |
| | )            ECF |
| **NATHANIEL QUARTERMAN, Director,**<br>**Texas Dept. of Criminal Justice, Correctional**<br>**Institutions Division,**<br>            Respondent. | )<br>)<br>)<br>) |

### ORDER

Before the Court are the Findings, Conclusions and Recommendations of the United States Magistrate Judge, filed on February 2, 2007, and Petitioner's Objections and Motion to Show Cause to the Magistrate's Findings, filed on February 14, 2007.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Conclusions of the Magistrate Judge and Petitioner's Objections. Having done so, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Petitioner's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

Signed this 15th day of February, 2007.

_____
**BAREFOOT SANDERS, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**